IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROSE MILLER, | Case Number:  8:06CV253 |
| Plaintiff, | |
| v. | REASSIGNMENT ORDER |
| JOSEPH STEELE, et al, | |
| Defendants. | |

The Clerk's office has been advised that the plaintiff does not consent to proceed before a United States Magistrate Judge.  Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Laurie Smith Camp for disposition and to Magistrate Judge F. A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 2nd day of May, 2006.

BY THE COURT:


s/ Joseph F. Bataillon, Chief Judge
United States District Court