IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ROSE MILLER,** | ) | **CASE NO. 8:06CV253** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **JOSEPH STEELE, JANICE WALKER, FRANK GOODROE, and DOUGLAS H. JOHNSON, all in their official capacities,** | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiff's Motion for Expansion of Time (Filing No. 22). Because the motion is not opposed,

IT IS ORDERED:

1. Plaintiff's Motion for Expansion of Time (Filing No. 22) is granted; and

2. Plaintiff shall file her brief and evidence in opposition to the Defendants' Motion for Summary Judgment on or before Monday, July 3, 2006.

DATED this 9th day of June, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge